In re:  
Barbara A Baker  
    Debtor

Case No. 19-04525-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2      Date Rcvd: Jan 15, 2020  
                       Form ID: ntcnfhrg      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.

```
db            +Barbara A Baker,    228 William Street,    Pittston, PA 18640-2550
5260982       +American Recovery Service Inc.,    555 St. Charles Drive,    Ste. 100,
                Thousand Oaks, CA 91360-3983
5260984       +Barbara A Baker,    228 William Street,    Pittston, Pennsylvania 18640-2550
5260986        Citi Cards,    PO Box 70166,    Philadelphia, PA 19176-0166
5260988       +Joseph M. Blazosek,    341 Wyoming Ave.,    West Pittston, PA 18643-2850
5278059       +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
5260990       +Midland Funding, LLC,    c/o Hayt Hayt & Landau,    123 S. Braod Street,    Ste 1660,
                Philadelphia, PA 19109-1003
5260991       +Northeast Revenue Service,    c/o Luzerne County Tax Claim,    200 N. River Street,
                Wilkes Barre, PA 18711-1004
5260992        PA Department of Revenue,    Bank Towers, Rm 207,    207 Wyoming Avenue,
                Scranton, PA 18503-1427
5260994        Prodessional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
5260996       +RUI Credit Services,    PO Box 1349,    Melville, NY 11747-0421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 21:02:00
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5260983        E-mail/Text: legal@arsnational.com Jan 15 2020 20:44:13      ARS National Services,
                Lending Club Corporation,    PO Box 469046,    Escondido, CA 92046-9046
5260985        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2020 20:44:23      Boscov's,    PO Box 659622,
                San Antonio, TX 78265-9622
5267119        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 20:49:51      CACH, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5260987        E-mail/Text: cio.bncmail@irs.gov Jan 15 2020 20:44:08      Internal Revenue Service,
                7 Wilkes Barre Blvd,    Wilkes Barre, PA 18702
5284771        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 15 2020 20:45:03      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
5260989        E-mail/Text: camanagement@mtb.com Jan 15 2020 20:44:13      M&T Bank,    One Fountain Plaza,
                Buffalo, NY 14203
5285421        E-mail/Text: camanagement@mtb.com Jan 15 2020 20:44:13      M&T Bank,    PO Box 840,
                Buffalo, NY 14240
5284264       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2020 20:44:48      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
5260993        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 21:02:33
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
5260995        E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:50:13      Q Card/Synchrony Bank,
                PO Box 530905,    Atlanta, GA 30353-0905
5282968        E-mail/Text: bnc-quantum@quantum3group.com Jan 15 2020 20:44:33
                Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
5261192       +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:11      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13
```

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Joseph M. Blazosek   on behalf of Debtor 1 Barbara A Baker jblazatty@aol.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Barbara A Baker,<br>aka Barbara Baker, | Chapter 13 |
| **Debtor 1** | Case No. 5:19−bk−04525−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom #2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: March 4, 2020<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 15, 2020 |

ntcnfhrg (03/18)