IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Barbara A. Baker, a/k/a Barbara Baker, Debtor | : : | |
| M&T Bank, Movant | : : : | |
| Vs. | : | NO.: 5:19-bk-04525 RNO |
| Barbara A. Baker, a/k/a Barbara Baker Respondent | : : : | |
| Charles J. Dehart, III, Esquire Trustee | : : : | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years if age and that on April 23, 2020 I served a copy of Debtor's Response in Opposition to Motion of M&T Bank for Relief from Automatic Stay on the following parties in this matter:

Chapter 13 Standing Trustee
Charles J. DeHart, III, Esquire

By ECF

James C. Warmbrodt, Esquire,
Attorney for Movant, M&T Bank

By ECF

I certify under penalty of perjury that the foregoing is true and correct.

Name: /s/ Joseph M. Blazosek, Esquire
Address: 341 Wyoming Avenue
West Pittston, Pennsylvania 18643

Date: April 23, 2020