IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Barbara A. Baker, a/k/a Barbara Baker | : | |
| | : | |
| Debtor | : | CASE NO.: 5:19-bk-04525 |

## ORDER

UPON CONSIDERATION of Debtor's Motion to Extend Time to File an Amended Plan;

IT IS HEREBY ORDERED AND DECREED THAT: Debtor's Motion is granted, and Debtor shall file all documents with the Court by or on June 15, 2020.