IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Barbara A. Baker, a/k/a Barbara Baker | : | |
| | : | |
| Debtor | : | CASE NO.: 5:19-bk-04525 |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years if age and that on June 16, 2020, I served a copy of DEBTOR'S MOTION NUNC PRO TUNC TO EXTEND TIME TO FILE AN AMENDED PLAN on the following parties in this matter:

Chapter 13 Standing Trustee                    United States Trustee
Charles J. DeHart, III, Esquire

By ECF                                          By ECF

I certify under penalty of perjury that the foregoing is true and correct.

Name: /s/ Joseph M. Blazosek, Esquire
Address: 341 Wyoming Avenue
West Pittston, Pennsylvania 18643

Date: June 16, 2020