In re:  Case No. 19-04525-MJC
Barbara A Baker  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 19, 2024      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A Baker, 228 William Street, Pittston, PA 18640-2550 |
| 5260984 | + | Barbara A Baker, 228 William Street, Pittston, Pennsylvania 18640-2550 |
| 5260988 | + | Joseph M. Blazosek, 341 Wyoming Ave., West Pittston, PA 18643-2850 |
| 5294648 | + | Luzerne County Tax Claim Bureau, 1170 Highway 315, Suite 5, Plains, PA 18702-6906 |
| 5260990 | + | Midland Funding, LLC, c/o Hayt Hayt & Landau, 123 S. Braod Street, Ste 1660, Philadelphia, PA 19109-1003 |
| 5260991 | + | Northeast Revenue Service, c/o Luzerne County Tax Claim, 200 N. River Street, Wilkes Barre, PA 18711-1004 |
| 5260992 | | PA Department of Revenue, Bank Towers, Rm 207, 207 Wyoming Avenue, Scranton, PA 18503-1427 |
| 5260994 | | Prodessional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 5260996 | + | RUI Credit Services, PO Box 1349, Melville, NY 11747-0421 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 19 2024 23:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5260982 | | Email/Text: bankruptcies@arsigroup.com | Dec 19 2024 18:38:00 | American Recovery Service Inc., 555 St. Charles Drive, Ste. 100, Thousand Oaks, CA 91360 |
| 5260983 | | Email/Text: legal@arsnational.com | Dec 19 2024 18:38:00 | ARS National Services, Lending Club Corporation, PO Box 469046, Escondido, CA 92046-9046 |
| 5260985 | | EDI: WFNNB.COM | Dec 19 2024 23:34:00 | Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 5267119 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2024 18:48:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5260986 | | EDI: CITICORP | Dec 19 2024 23:34:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5260987 | | EDI: IRS.COM | Dec 19 2024 23:34:00 | Internal Revenue Service, 7 Wilkes Barre Blvd, Wilkes Barre, PA 18702 |
| 5284771 | | EDI: JEFFERSONCAP.COM | Dec 19 2024 23:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5260989 | | Email/Text: camanagement@mtb.com | Dec 19 2024 18:38:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 5285421 | | Email/Text: camanagement@mtb.com | Dec 19 2024 18:38:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5278059 | + | Email/Text: camanagement@mtb.com | Dec 19 2024 18:38:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5284264 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2024 18:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5260993 | | EDI: PRA.COM | | |

| | | | |
| --- | --- | --- | --- |
| | | Dec 19 2024 23:34:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 5260995 | EDI: SYNC | | |
| | | Dec 19 2024 23:34:00 | Q Card/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 5282968 | EDI: Q3G.COM | | |
| | | Dec 19 2024 23:34:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5261192 | ^ MEBN | | |
| | | Dec 19 2024 18:32:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Joseph M. Blazosek | on behalf of Debtor 1 Barbara A Baker jblazatty@aol.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Barbara A Baker**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2238<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19-bk-04525-MJC | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Barbara A Baker
aka Barbara Baker

12/19/24

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2